TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00589-CV







In re New Covenant Care of Kingsland, Ltd.,

d/b/a Kingsland Hills Care Center








ORIGINAL PROCEEDING FROM LLANO COUNTY




 

M E M O R A N D U M O P I N I O N



 Relator New Covenant Care of Kingsland, Ltd., d/b/a Kingsland Hills Care Center
files its petition for writ of mandamus. See Tex. R. App. P. 52.8. We deny the petition for writ of
mandamus.



 

 David Puryear, Justice

Before Justices Kidd, B. A. Smith and Puryear

Filed: October 25, 2004